**Order entered November 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01416-CR

**ALEXANDER ROBERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F12-58374-H

## ORDER

The Court has before it appellant's "response" to this Court's letter informing appellant that his brief is overdue. We will treat it as a motion to extend time to file his brief. In the motion, counsel states that on July 24, 2014, this Court ordered the court reporter to file a supplemental record containing two missing exhibits and that counsel has been checking the website and has not seen that the exhibits were filed. The exhibits that were ordered on July 24, 2014 are State's Exhibit nos. 1 and 10. Those exhibits were filed on July 24, 2014 and are identified on the Court's case management system as "Exhibits filed."

We **GRANT** appellant's October 20, 2014 extension request and **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    LANA MYERS
       JUSTICE